

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-15-00179-CV

**IN THE INTEREST OF S.R., ET AL,** children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02399
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal. Although the reporter's record was due on April 6, 2015, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b) (requiring the reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). The court reporter filed a notification of late record and we extended the deadline to file the reporter's record to April 16, 2015. To date, no reporter's record has been filed.

We, therefore, ORDER the court reporter, Kayleen Rivera, to file the reporter's record **on or before May 4, 2015**. If the reporter's record is not received by such date, an order may be issued directing Kayleen Rivera to appear and show cause why she should not be held in contempt for failing to file the record. No motions for extension of time will be granted absent extenuating circumstances. *See id*. 35.3(c) (noting that the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed and that the appellate court may not grant more than a ten-day extension to file the appellate record).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court